1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   LEE S. BICKLEY
3  Assistant U.S. Attorneys
   501 I Street, Suite 10-100
4  Sacramento, California  95814
   Telephone: (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. Cr. No. S-11-387 KJM |
| Plaintiff, | |
| v. | STIPULATION AND ORDER CONTINUING ARRAIGNMENT |
| MATTHEW A. SARAD, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the court, that the defendant's arraignment, currently set for October 13, 2011, may be continued to October 27, 2011.

                BENJAMIN B. WAGNER
                United States Attorney

                By: /s/ R. Steven Lapham
                    R. STEVEN LAPHAM
                    Assistant U.S. Attorney

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  |                                                              |
| 2  |                                                              |
| 3  |     /s/ Michelle Spaulding               |
| 4  | MICHELLE SPAULDING<br>Counsel for Matthew A. Sarad           |

O R D E R

Based on the foregoing stipulation, the defendant's arraignment is continued to October 27, 2011. Defense counsel shall advise the defendant of the new date and the defendant is hereby ordered to appear on that date.

October 13, 2011

              /s/ Gregory G. Hollows
              UNITED STATES MAGISTRATE JUDGE

sarad.eot