BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2727

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MATTHEW SARAD,<br><br>　　　　Defendant, | CASE NO. 2:11-CR- 387 KJM<br><br>STIPULATION AND PROTECTIVE ORDER RE: DISSEMINATION OF DISCOVERY DOCUMENTS CONTAINING PERSONAL IDENTIFYING INFORMATION |

　　IT IS HEREBY STIPULATED AND AGREED among the parties that the documents provided as discovery in this case to defense counsel are subject to a Protective Order. Defendant is charged with engaging in schemes to defraud investors in and customers of his companies Telomolecular Corporation and Sun Nanosystems Corporation.

　　The parties agree that discovery in this case contains "Protected Information," which is defined here as including victim and witness social security numbers, driver's license numbers, dates of birth, addresses, telephone numbers, bank account numbers, and email addresses. The Protective Order signed in this case extends to all documents provided, including those concerning conduct not directly charged in the Indictment.

　　By signing this Stipulation, defense counsel agree that the Protected Information is being entrusted to counsel only for the purposes of representing their respective defendants in this

Stipulation and Proposed Protective Order

1

criminal case. Further, defense counsel agree not to share any documents that contain Protected Information with anyone other than their designated defense investigators, experts, and support staff. Defense counsel may permit the defendant to review the Protected Information and be aware of its contents, but the defendant shall not be given control of the Protected Information or be provided any copies of the Protected Information which have not been redacted. Any person receiving Protected Information or a copy of the Protected Information from counsel for the defendants shall be bound by the same obligations as counsel and further may not give the Protected Information to anyone (except that the protected documents shall be returned to counsel).

Notwithstanding the foregoing, counsel, staff and/or the investigator for the defendants may make copies of the Protected Information for trial preparation and presentation. Any copies must, however, remain in the possession of counsel, investigator, staff, expert or the Court.

In the event that a defendant substitutes counsel, undersigned defense counsel each agree to withhold these documents from new counsel unless and until substituted counsel agrees also to be bound by this order.

DATE: October 16, 2013         /s/ Lee S. Bickley for Joseph Wiseman
                                JOSEPH WISEMAN
                                Attorney for Matthew Sarad


DATE: October 16, 2013         BENJAMIN B. WAGNER
                                United States Attorney

                         By:   /s/ Lee S. Bickley
                                LEE S. BICKLEY
                                Assistant U.S. Attorney

**IT IS SO ORDERED**:

Dated: October 16, 2013

                                KENDALL J. NEWMAN
                                UNITED STATES MAGISTRATE JUDGE